IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES TURNER,

    Plaintiff,

v.

TONY ASHWORTH, CHRISTINE PROCKNOW, MICHAEL MEISNER, JOANNE LANE, CHARLES COLE and CHARLES FACKTOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-363-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                            12/20/2018

Peter Oppeneer, Clerk of Court          Date